STEPHEN F. DOWLING, Appellant, *v.* JOAB L. CLIFT, Survivor, etc., Respondent.

(Argued February 8, 1886 ; decided March 2, 1886.)

AFFIRMED on opinion below, and on the ground that as the principal question presented was one of fact, this court was concluded by the determination thereof, by the referee, affirmed by the General Term.

*F. A. Lyman* for appellant.

*William G. Tracy* for respondent.

*Per Curiam* opinion for affirmance.
All concur, except RUGER, Ch. J., not voting.
Judgment affirmed.

---

JOHN A. HUSSON, Respondent, *v.* WILLIAM G. OPPENHEIM, Appellant.

(Argued February 9, 1886 ; decided March 2, 1886.)

THIS action was upon a contract. The questions presented here were simply as to the construction of the contract and the sufficiency of the evidence to sustain the findings of the trial court.

*Mark Cohn* for appellant.

*Moore & Moore* for respondent.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.